

515 SOUTH VINE AVENUE
TYLER, TEXAS 75702
PHONE 903-592-4433   FAX 903-592-7830
www.mikepattersonmediation.com
mike@mikepattersonmediation.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TOMMY RICE AND J.R. JACKS, JR. § | |
| § | |
| V. § | CIVIL NO.  6:06CV341 |
| § | |
| ROGER WILLIAMS, ET AL § | |

### MEDIATOR'S REPORT

The parties mediated on April 16, 2007. After almost a day of mediating, the mediation recessed.

SIGNED this 16th day of April, 2007.

*Mike Patterson*
Mike Patterson
MEDIATOR

cc:   Mr. Christopher Taylor
      Email: ctaylor@akingump.com

      Mr. Matthew Waddell
      Email: mwaddell@w-g.com