IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TOMMY RICE and<br>J.R. JACKS, JR.<br><br>VS.<br><br>ROGER WILLIAMS, ET AL | §<br>§<br>§<br>§<br>§   CAUSE NO. 6:06cv341<br>§<br>§<br>§ |

**SUGGESTION OF DEATH OF DEFENDANT SHIRLEY REED**

Defendants file this their Suggestion of Death of Defendant Shirley Reed.

1.  Shirley Reed, a defendant in this case, passed away on April 2, 2007.

    Respectfully submitted,

    WRIGHT & GREENHILL, P.C.
    221 West 6th Street, Suite 1800
    Austin, Texas 78701
    512/476-4600
    512/476-5382 (Fax)

    By:_____/s/_____
       Matthew C. Waddell, lead attorney
       State Bar No. 00791861
       e-mail: mwaddell@w-g.com
    ATTORNEYS FOR DEFENDANTS

2

CERTIFICATE OF SERVICE

      I hereby certify that I filed the foregoing document on this 19th day of April 2007 with the Clerk of Court using the CM/ECF system, which will send notification to the following:

Chris Taylor
AKIN GUMP STRAUSS HAUER & FELD
300 West 6th Street, Suite 2100
Austin, Texas 78701

                                                                    /s/
                                                   Matthew Waddell